**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as** *McClain v. State,* **Slip Opinion No. 2015-Ohio-5093.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2015-OHIO-5093

MCCLAIN, APPELLEE, *v*. THE STATE OF OHIO, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *McClain v. State,* Slip Opinion No. 2015-Ohio-5093.]**

*Judgment affirmed on the authority of* C.K. v. State*.*

(No. 2014-1519—Submitted October 13, 2015—Decided December 10, 2015.)

APPEAL from the Court of Appeals for Franklin County, No. 13AP-427, 2014-Ohio-1711.

_____

{¶ 1} The judgment of the court of appeals is affirmed, and the case is remanded to the trial court for further proceedings on the authority of *C.K. v. State*, Slip Opinion No. 2015-Ohio-3421.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

_____

Michael DeWine, Ohio Attorney General, Eric E. Murphy, State Solicitor, Michael J. Hendershot, Chief Deputy Solicitor, Jeffrey Jarosch, Deputy Solicitor, and Debra Gorrell Wehrle, Assistant Attorney General, for appellant.

Koenig & Long, L.L.C., and Todd A. Long, for appellee.

_____